# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORJAN R. NANCARVIS,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**NANCY A. BERRYHILL AND SOCIAL SECURITY ,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-3336** |

## O R D E R

**AND NOW**, this day 27th of March, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and plaintiff's reply thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Thomas J. Rueter and Plaintiff's Objections to the R&R (ECF No. 16) , it is hereby

## O R D E R E D

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review is **DENIED**.
3. The Clerk of Court is hereby directed to mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**